# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**GREGORY STALLINGS,**

    **Defendant.**

Case No. CR06-5589

**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE**

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant violated the conditions of supervision as set forth in said Petition.

**The plaintiff appears through Special/Assistant United States Attorney, Fred Inman;**
**The defendant appears personally and represented by counsel, Miriam Schwartz;**

**The defendant has been advised of (a) the alleged violation(s); (b) the right to a hearing; and (c) the maximum sanctions if found to be in violation of supervision.**

**The defendant has acknowledge his right to a hearing on the merits, voluntarily waived that hearing and acknowledged violating the conditions of supervision as set forth below:**

    **Failing to participate in a substance abuse program in violation of a special condition of probation.**

**The court having determined that the defendant violated the conditions of supervision sets the disposition hearing for March 26, 2009 at 10:00am before Judge Strombom in Courtroom F.**

**The defendant is released under his previous conditions of supervision pending the above scheduled hearing.**

**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

                                     **February 2, 2009.**

                                       _s/Karen L. Strombom_
                                       **Karen L. Strombom**
                                       **U.S. Magistrate Judge**